Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br>vs.<br><br>EMMANUEL ENVIRONMENTAL, INC. a foreign corporation; and ROMELLE EMMANUEL, an individual<br><br>Defendants. | Case No.<br><br>**COMPLAINT** |

Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

1. The claims at issue in this Complaint present an actual and justiciable controversy arising under federal and state law.

1

26209291.1

2. The claims in this action arise under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500 and the Court has original jurisdiction under 29 U.S.C. § 1132(e).

3. Therefore, jurisdiction is proper under 28 U.S.C. § 1331 (federal question) and 29 U.S.C. § 1132(e). Jurisdiction is also proper under 28 U.S.C. § 1367, as the state law claim in this action directly relates to Defendants' failure to remit employee benefit contributions under ERISA.

4. Venue is proper under 29 U.S.C. § 1132(e)(2), as the benefit plan is administered in Las Vegas, Nevada, and the breaches took place in Las Vegas, Nevada.

**PARTIES**

5. The Plaintiffs are the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Trust Funds") and are fiduciaries for purposes of ERISA.

6. Emmanuel Environmental, Inc. ("Emmanuel Environmental"), acted as an employer within the State of Nevada employing persons ("Covered Employees") who perform work covered by a collective bargaining agreement ("CBA") between Emmanuel Environmental and the Construction Industry and Laborers Union Local 872.

7. Romelle Emmanuel ("Emmanuel") is the President of Emmanuel Environmental and personally guaranteed a settlement agreement between the Trust Funds and Emmanuel Environmental.

**GENERAL ALLEGATIONS**

8. The CBA requires Emmanuel Environmental to make employee benefit contributions to the Trust Funds on behalf of its Covered Employees.

9. The Trust Funds are ERISA employee benefit trust funds that provide benefits to Covered Employees.

10. The Trust Funds are established by Trust Agreements ("Trust Agreements").

26209291.1

11. The CBA, the Trust Agreement, and 29 U.S.C. § 1145 require each employer, including Emmanuel Environmental, to make timely contributions to the Trust Funds on behalf of each employee who performs work covered by the CBA.

12. The Trust Agreement and 29 U.S.C. § 1132(g) provide for assessment of audit fees, court costs, expenses, interest, attorneys' fees, and liquidated damages against an employer in the event the employer defaults in making payments to the Trust Funds and legal proceedings are required to recover such payments.

13. Emmanuel Environmental failed to remit employee benefit contributions for the December 2022 and January 2023 work months.

14. As a result, the Trust Funds demanded payment from Emmanuel Environmental.

15. Ultimately, the parties entered into a settlement agreement, dated June 5, 2023 (the "Settlement Agreement"), in which Emmanuel Environmental agreed to repay the December 2022 and January 2023 delinquencies in monthly payments of $1,000.

16. Mr. Emmanuel agreed to personally guarantee the amounts due resulting from a breach of the Settlement Agreement.

17. The Trust Funds also conducted a contract compliance review ("Audit") of Emmanuel Environmental.

18. The Audit revealed that Emmanuel Environmental had additional delinquent contributions stemming from work conducted in March 15, 2022 to December 31, 2022.

**FIRST CLAIM FOR RELIEF**

ERISA Delinquent Contributions – 29 U.S.C. § 1145

19. The preceding paragraphs are restated and incorporated by reference.

20. Emmanuel Environmental has failed to meet its obligations to remit employee benefit contributions to the Trust Funds, as set forth in the CBA and Trust Agreements, and as required by 29 U.S.C. § 1145.

21. As a result of its delinquency, Emmanuel Environmental is liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees, as provided by 29 U.S.C. § 1132(g), the CBA, Trust Agreements, and applicable Collection Policy.

26209291.1

**SECOND CLAIM FOR RELIEF**

Breach of Contract

22. The preceding paragraphs are restated and incorporated by reference.

23. Emmanuel Environmental has failed to make payments to the Trust Funds as required by the Settlement Agreement.

24. As a result of this failure, Emmanuel Environmental has materially breached the terms of the Settlement Agreement.

25. This breach has resulted in damages to the Trust Funds, as the Trust Funds have been deprived of employee contributions that they are entitled to under the CBA.

26. As a result of this breach, Emmanuel Environmental and Mr. Emmanuel are liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees, as outlined in the Settlement Agreement.

WHEREFORE, Plaintiffs pray for relief as follows:

1. A judgment against Emmanuel Environmental, for damages, including delinquent employee benefit contributions, interest, liquidated damages, audit fees, and attorneys' fees and costs;

2. For other equitable relief as provided by ERISA; and

3. For such other and further relief as the Court deems proper.

Dated: October 31, 2023.   BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

4

26209291.1